Jim Petro, Attorney General, and Mark E. Mastrangelo, Assistant Attorney General, for appellees.

GRIFFITH, APPELLANT AND CROSS-APPELLEE, *v.* BUCKEYE UNION INSURANCE COMPANY ET AL., APPELLEES AND CROSS-APPELLANTS.

[Cite as *Griffith v. Buckeye Union Ins. Co.*, 101 Ohio St.3d 98, 2004-Ohio-202.]

(No. 2003–1536—Submitted December 1, 2003—Decided February 4, 2004.)

{¶ 1} The discretionary appeal is denied.

{¶ 2} The cross-appeal is accepted.

{¶ 3} That portion of the judgment of the court of appeals that is the subject of the cross-appeal is reversed on the authority of *Westfield Ins. Co. v. Galatis*, 100 Ohio St.3d 216, 2003-Ohio-5849, 797 N.E.2d 1256.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

---

John S. Coury, for appellant and cross-appellee.

Gallagher, Sharp, Fulton & Norman, Timothy J. Fitzgerald, John T. Murphy and Richard C.O. Rezie, for appellees and cross-appellants Buckeye Union Insurance Company and CNA Insurance Company.